UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       NO. 19-mj-30573

DONALD LAMONT WILLIAMS

    Aka "Don",

    Defendant.
_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an amended order transferring defendant Donald Lamont Williams to answer to charges pending in another federal district, and states:

1. On or about November 1, 2019, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Eastern District of Tennessee based on an Indictment. Defendant is charged in that district with 21 U.S. Code § §846, 841(a)(1), 841(b)(1)(A) and 841(b)(1)(B) –

1

Conspiracy to distribute and possess with intent to distribute 400 grams or more of a mixture containing fentanyl and 100 grams or more of a mixture containing heroin.

    2.    Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

Matthew Schneider
United States Attorney

John Engstrom
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI    48226-3211
John.engstrom@usdoj.gov
(313) 226-9571

Date: 11/1/19